THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS ROEHLIG, et al., | ) | Case No. 2:19-cv-04441 |
| | ) | |
| Plaintiffs, | ) | Judge Michael H. Watson |
| | ) | |
| v. | ) | Chief Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| THE OHIO STATE UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT THE OHIO STATE UNIVERSITY'S UNOPPOSED MOTION TO EXTEND DEADLINE TO MOVE, ANSWER, OR OTHERWISE PLEAD TO COMPLAINT PENDING MEDIATION**

Upon review of defendant The Ohio State University's Unopposed Motion To Extend Deadline To Move, Answer, Or Otherwise Plead To Complaint Pending Mediation, Doc. 12, for good cause shown, **IT IS HEREBY ORDERED THAT** the deadline to move, answer, or otherwise plead to the complaint in the above-captioned action is hereby extended during the pendency of mediation, until such time as the parties have concluded their mediation efforts and the Court has set a deadline for Ohio State to respond to the complaint.

**IT IS SO ORDERED.**

Dated: 12/17/2019

ELIZABETH P. DEAVERS, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT